UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 9, 2015

MEMO TO COUNSEL RE: Paul Clark v. 100 Harborview Drive Council of Unit Owners
Civil No. JFM-14-3122

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion to stay defendant's motion for summary judgment pending further discovery. The motion (document 49) is denied. Plaintiff should have conducted the discovery they seek prior to the expiration of the discovery deadline. Their motion is, in effect, a motion to extend the discovery deadline further, and they have provided absolutely no explanation as to why they did not initiate the discovery they now seek during the originally scheduled time.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge